```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05368-RNO
Yvonne Hill                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 1     Date Rcvd: Aug 24, 2016
                 Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2016.
         +VERIZON SERVICES CORP.,   22001 LOUDOUN COUNTY PARKWAY,   ASHBURN, VA 20147-6105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         George Robert Hludzik    on behalf of Creditor    Stillwater Lakes Civic Association, Inc.
          georgeh@slusserlawfirm.com,    lisab@slusserlawfirm.com
         Jacqueline F McNally     on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
         Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
          jmcnally@sterneisenberg.com,
          seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com
         Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
          pamb@fedphe.com
         Joshua I Goldman    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
         ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Leslie J Rase    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage Investment
         Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent pabk@logs.com,
          lerase@logs.com
         Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
          lerase@logs.com
         Tullio  DeLuca    on behalf of Plaintiff Yvonne  Hill tullio.deluca@verizon.net
         Tullio  DeLuca    on behalf of Debtor Yvonne  Hill tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
          mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
         William Edward Miller    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
         Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
          wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com
                                                                                                                    TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| YVONNE HILL | : | |
| | : | CASE NO. 5-13-05368 |
| Debtor(s) | : | |

*************************************************************************

| | | |
|---|---|---|
| YVONNE HILL | : | |
| MOVANT | : | |
| VS. | : | |
| VERIZON SERVICES CORP. and | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENTS | : | |

*************************************************************************

### ORDER

*************************************************************************

  Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

  IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, YVONNE HILL, receives income:

    VERIZON SERVICES CORP.
    22001 LOUDOUN COUNTY PARKWAY
    ASHBURN VA 20147

deduct from said Debtor's income the sum of $176.00 from each weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

    Charles J. DeHart, III, Esquire
    Chapter 13 Trustee
    P.O. Box 7005
    Lancaster, PA 17604

  IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

  IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

   IT IS FURTHER ORDERED that the employer will place the case number 5:13-03568 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

   IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

   IT IS FURTHER ORDERED that this Order will terminate without further Order, four (2) years and two (2) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

Dated: August 24, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)