# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

September 6, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: **YVONNE HILL**
        **Chapter 13 Bankruptcy**
        **Case No. 5-13-05368**

Dear Sir/Madam:

  I have received returned mail for **POCONO EMERGENCY PHYSICIANS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 8510 PHILADELPHIA, PA 19101 .Please be advised the correct information is as follows.

    POCONO EMERGENCY PHYSICIANS
     206 E BROWN ST
    EAST STROUDSBURG, PA 18301

I served the Notice to Creditors & Other Parties at the above address on (Sept. 6, 2016). Please correct the mailing matrix.

  Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th