**TULLIO DeLUCA**

ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 31, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **YVONNE HILL**
             **Chapter 13 Bankruptcy**
             **Case No. 5-13-05368**

Dear Sir/Madam:

    I have received returned mail for **STILL WATER LAKES CIVIC ASSOC.** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 866 C/O APP;ETREE MGMT MOSCOW, PA 18444 .Please be advised the correct information is as follows.

        STILL WATER LAKES CIVIC ASSOC.
        210 WOODLAND DRIVE
        POCONO SUMMIT, PA 18346

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (Sept. 1, 2016). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th

Case 5:13-bk-05368-RNO    Doc 118    Filed 09/08/16    Entered 09/08/16 12:39:35    Desc
Main Document    Page 1 of 1