IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 5:13-05368 RNO |
| YVONNE HILL | : | |
| ALTERIQ HILL | : | Chapter No. 13 |
| LAMAR HILL | : | |
| UNKNOWN HEIRS, SUCCESSORS, ASSIGNS, | : | |
| AND ALL PERSONS, FIRMS, OR | | |
| ASSOCIATIONS CLAIMING RIGHT, TITLE | | |
| OR INTEREST FROM OR UNDER WALTER | | |
| A. HILL A/K/A WALTER HILL A/K/A | | |
| WALTER ARTIE HILL, DECEASED | | |

Debtors

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 4030 HUNTER DRIVE, POCONO SUMMIT, PA 18346 with the mortgage recorded on January 9, 2006 Book 2254, Page 2013 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

September 22, 2016

/s/ Jerome Blank, Esquire

Jerome Blank, Esq., Id. No.49736  
Phelan Hallinan Diamond & Jones, LLP  
126 Locust Street  
Harrisburg, PA 17101  
Phone Number: 215-563-7000 Ext 31625  
Fax Number: 215-568-7616  
Email: jerome.blank@phelanhallinan.com