## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne Hill <br> <u>Debtor(s)</u> | BKY. NO. 13-05368 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3167

                            Respectfully submitted,

                          <u>**/s/ Thomas Puleo**</u>
                          Thomas Puleo, Esquire
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406
                          Attorney for Movant/Applicant