```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-05368-RNO
Yvonne Hill                                                         Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: karendavi        Page 1 of 1        Date Rcvd: Dec 29, 2016
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2016.
db             +Yvonne Hill,    P.O. Box 2285,    Pocono Summit, PA 18346-2285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              George Robert Hludzik    on behalf of Creditor    Stillwater Lakes Civic Association, Inc.
               georgeh@slusserlawfirm.com
              Jacqueline F McNally    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
               Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leslie J Rase    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage Investment
               Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent pabk@logs.com,
               lerase@logs.com
              Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              Thomas I Puleo    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT tpuleo@goldbecklaw.com
              Tullio DeLuca    on behalf of Plaintiff Yvonne  Hill tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor Yvonne  Hill tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              William Edward Miller    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
               Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*******************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| YVONNE HILL | : | |
| | : | CASE NO. 5-13-bk-05368-RNO |
| Debtor(s) | : | |

********************************************************************************
ORDER
********************************************************************************

UPON consideration of Debtor's Motion for Conversion of Chapter 13 Case to Chapter 7 Case it is further ordered:

The Debtor's Motion is granted and the Debtor's case is converted to a Chapter 7 Bankruptcy Case

By the Court,

_[signature]_

Dated: December 29, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)