In re:  
Yvonne Hill  
    Debtor

Case No. 13-05368-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AGarner    Page 1 of 3    Date Rcvd: Jan 10, 2017  
                Form ID: 309A    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.

```
db              +Yvonne Hill,    P.O. Box 2285,    Pocono Summit, PA 18346-2285
aty             +George Robert Hludzik,    Hludzik Law Offices, P.C.,    1620 North Church Street,    Suite 1,
                  Hazleton, PA 18202-9509
aty             +Jacqueline F McNally,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                  Warrington, PA 18976-3400
aty             +Jerome B Blank,    Phelan Hallinan & Schmieg LLP,    One Penn Center,
                  1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty              Joseph P Schalk,    Phelan Hallinan, LLP,    1617 JFK Blvd Suite 1400,
                  One Penn Center at Suburban Station,    Philadelphia, PA 19103
aty             +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +Leslie J Rase,    Shapiro & DeNardo LLC,    3600 Horizon Drive, Suite 150,
                  King of Prussia, PA 19406-4702
aty             +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +William E. Craig,    Morton & Craig LLC,    110 Marter Avenue, Suite 301,
                  Moorestown, NJ 08057-3125
aty             +William Edward Miller,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                  Warrington, PA 18976-3400
tr              +Robert P. Sheils, Jr (Trustee),    Sheils Law Associates, PC,    108 North Abington Road,
                  Clarks Summit, PA 18411-2505
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI  48034)
4393050       ++CORTRUST BANK,    PO BOX 7030,    MITCHELL SD 57301-7030
                 (address filed with court: Cortrust Bank,    P.O. Box 5431,    Sioux Falls, South Dakota 57117)
4393051          Cortrust Bank,    P.O. Box 7030,    Mitchell, South Dakota 57301-7030
4411132        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
4393052        +Credit Acceptance Corp.,    P.O. Box 513,    Southfield, Michigan 48037-0513
4393053        +EOS CCA,    700 Longwater Drive,    Norwell, Massachusetts 02061-1624
4393057        +JPMorgan Chase Bank, N.A.,    Bankruptcy Dept.,    3415 Vision Dr.,    Dept. OH4-7142,
                  Columbus, Ohio 43219-6009
4445473        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4491894         PENNYMAC HOLDINGS, LLC,    PennyMac Loan Services, LLC,    P.O. Box 660929,
                  Dallas, TX 75266-0929
4491893        +PENNYMAC HOLDINGS, LLC,    Joshua I Goldman Esq,    701 Market St Suite 5000,
                  Philadelphia, PA 19106-1541
4480383        +PENNYMAC LOAN SERVICES, LLC,    c/o Aldridge Connors, LLP,    Fifteen Piedmont Center,
                  3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4572345        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE #310,    MOORPARK, CA 93021-2602
4393061        +Pocono Emergency Physicians,    206 E BROWN ST,    EAST STROUDSBURG, PA 18301-3006
4393062        +Seventh Avenue,    1112 7th Avenue,    Monroe, Wisconsin 53566-1364
4393063         Stillwater Lakes Civic Assoc,    210 WOODLAND DRIVE,    POCONO SUMMIT, PA 18346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: tullio.deluca@verizon.net Jan 10 2017 19:03:47      Tullio DeLuca,
                  381 N. 9th Street,    Scranton, PA  18504
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 10 2017 19:03:53      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr              E-mail/Text: robert.mclaughlin@kadiehl.com Jan 10 2017 19:03:55
                  Stillwater Lakes Civic Association, Inc.,    c/o K.A. Diehl,    632 Drinker Turnpike,
                  Covington Twp, PA  18424
4434929        +E-mail/Text: bncmail@w-legal.com Jan 10 2017 19:03:53      ALTAIR OH XIII, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4393047         EDI: CINGMIDLAND.COM Jan 10 2017 19:03:00      AT& T Mobility,    1801 Valley View Lane,
                  Dallas, Texas 75234-8906
4420311        +EDI: JEFFERSONCAP.COM Jan 10 2017 19:03:00      COLLECTO US ASSET MANAGEMNT, INC.,
                  c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
4393048        +EDI: CAPITALONE.COM Jan 10 2017 19:03:00      Capital One,    P.O. Box 30285,
                  Salt Lake City, Utah 84130-0285
4434961         EDI: CAPITALONE.COM Jan 10 2017 19:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
4393049        +EDI: CHASE.COM Jan 10 2017 19:03:00      Chase,    P.O. Box 15298,
                  Wilmington, Delaware 19850-5298
4393054         EDI: AMINFOFP.COM Jan 10 2017 19:03:00      First Premier Bank,    P.O. Box 5524,
                  Sioux Falls, South Dakota 57117-5524
4393055        +EDI: HFC.COM Jan 10 2017 19:03:00      HSBC Mortgage Services,    636 Grand Regency Blvd.,
                  Brandon, Florida 33510-3942
4393056         EDI: IRS.COM Jan 10 2017 19:03:00      Internal Revenue Service,    Special Procedures Branch,
                  P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4393059        +E-mail/Text: egssupportservices@egscorp.com Jan 10 2017 19:03:54      NCO Financial Systems,
                  507 Prudential Rd.,    Horsham, Pennsylvania 19044-2368
```

```
District/off: 0314-5          User: AGarner            Page 2 of 3            Date Rcvd: Jan 10, 2017
                              Form ID: 309A            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4393060         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2017 19:03:51      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, Pennsylvania 17128-0496
4407448         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2017 19:03:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
4437931        +E-mail/Text: csidl@sbcglobal.net Jan 10 2017 19:03:55      Premier Bankcard/Charter,
                 PO Box 2208,   Vacaville, CA 95696-8208
                                                                                            TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
4420314*       +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
4544329*      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,   25505 West 12 Mile Road,
                 Southfield, Michigan 48034)
4436464*      ++LAKE OF THE PINES COMMUNITY ASSOCIATION,    PO BOX 305,   GOULDSBORO PA 18424-0305
                (address filed with court:  Stillwater Lakes Civic Association, Inc.,
                 c/o K.A. Diehl Appletree Management,   632 Drinker Turnpike,   Covington Township, PA 18424)
4393058        ##+NCO Financial,   P.O. Box 15636,   Wilmington, Delaware 19850-5636
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
```
              George Robert Hludzik    on behalf of Creditor    Stillwater Lakes Civic Association, Inc.
               georgeh@slusserlawfirm.com
              Jacqueline F McNally    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
               Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              Leslie J Rase    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage Investment
               Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent pabk@logs.com,
               lerase@logs.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT tpuleo@goldbecklaw.com
              Tullio  DeLuca    on behalf of Debtor Yvonne  Hill tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff Yvonne  Hill tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
         mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
        William Edward Miller    on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
        wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com

                                                                                             TOTAL: 14

|  | **Information to identify the case:** | | | Social Security number or ITIN | xxx–xx–7912 |
|---|---|---|---|---|---|
| Debtor 1 | Yvonne Hill | | | EIN | _ _–_ _ _ _ _ _ _ |
|  | First Name | Middle Name | Last Name | Social Security number or ITIN | _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | Date case filed in chapter 13 | October 16, 2013 |
| Case number: | 5:13–bk–05368–RNO | | | Date case converted to chapter 7 | December 29, 2016 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Yvonne Hill |  |
| 2. | **All other names used in the last 8 years** |  |  |
| 3. | **Address** | P.O. Box 2285<br>Pocono Summit, PA 18346 |  |
| 4. | **Debtor's attorney**<br>Name and address | Tullio DeLuca<br>381 N. 9th Street<br>Scranton, PA 18504 | Contact phone 570 347–7764<br><br>Email: tullio.deluca@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P. Sheils, Jr (Trustee)<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411 | Contact phone 570 587–2600<br><br>Email: rsheils@sheilslaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: January 10, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 24, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** April 25, 2017 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **2**

Case 5:13-bk-05368-RNO    Doc 128    Filed 01/12/17    Entered 01/13/17 00:54:28    Desc
Imaged Certificate of Notice    Page 5 of 5