**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

January 26, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

                In Re: **YVONNE HILL**
                      **Chapter 13 Bankruptcy**
                      **Case No. 5-13-05368**

Dear Sir/Madam:

    I have received returned mail for **NCO FINANCIAL SYSTEMS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 507 PRUDENTIAL RD HORSHAM, PA 19044-2368 .Please be advised the correct information is as follows.

                NCO FINANCIAL SYSTEMS
                711 STEWART AVE., STE 110
                GARDEN CITY, NY 11530

I served the Notice of Chapter 7 Bankruptcy Case at the above address on (JAN. 26,2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                        Very truly yours,

                        /s/ Tullio DeLuca, Esquire

TD/th