**TULLIO DeLUCA**

**ATTORNEY-AT-LAW**
381 N. 9ᵗʰ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

February 10, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **YVONNE HILL**
            **Chapter 13 Bankruptcy**
            **Case No. 5-13-05368**

Dear Sir/Madam:

    I have received returned mail for **NCO FINANCIAL SYSTEMS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was:711 STEWART AVE, STE 110 GARDEN CITY, NY 11530 .Please be advised the correct information is as follows.

        NCO FINANCIAL SYSTEMS
        PO BOX 3500
        JACKSON, MI 49204

I served the Notice of Chapter 7 Bankruptcy Case at the above address on (FEB. 10,2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

            Very truly yours,


            /s/ Tullio DeLuca, Esquire

TD/th