THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 5:13-05368 RNO |
| YVONNE HILL | : | |
| Debtor | : | Chapter No. 07 |
| | : | |
| | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : | 11 U.S.C. §362 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| YVONNE HILL | : | |
| Respondent | : | |

_____

**PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
TO MOTION OF CHASE BANK, NATIONAL ASSOCIATION
FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Chase Bank, National Association's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: February 27, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com