# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 27, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **YVONNE HILL**
**Chapter 13 Bankruptcy**
**Case No. 5-13-05368**

Dear Sir/Madam:

I have received returned mail for **NCO FINANCIAL SYSTEMS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 3500 JACKSON, MI 49204 .Please be advised the correct information is as follows.

NCO FINANCIAL SYSTEMS
7121 E RANCHO VISTA DR.
SCOTTSDALE, AZ 85251

I served the Notice of Chapter 7 Bankruptcy Case at the above address on (FEB. 28,2017). Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,


/s/ Tullio DeLuca, Esquire

TD/th