# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9ᵗʰ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: tullio.deluca@verizon.net

March 10, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

                In Re: **YVONNE HILL**
                      **Chapter 13 Bankruptcy**
                      **Case No. 5-13-05368**

Dear Sir/Madam:

     I have received returned mail for **NCO FINANCIAL SYSTEMS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 7121 E RANCHO VISTA DR. SCOTTSDALE, AZ 85251 .Please be advised the correct information is as follows.

                    NCO FINANCIAL SYSTEMS
                    20 CLEMENTON ROAD E
                    GIBBSBORO, NJ 08026

I served the Notice of Chapter 7 Bankruptcy Case at the above address on (MAR. 13,2017). Please correct the mailing matrix.

     Thank you for assistance in this matter.

                        Very truly yours,


                        /s/ Tullio DeLuca, Esquire

TD/th