```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                 Case No. 13-05368-JJT
Yvonne Hill                                                            Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi              Page 1 of 2              Date Rcvd: May 09, 2017
                              Form ID: 318                 Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db             +Yvonne Hill,    P.O. Box 2285,    Pocono Summit, PA 18346-2285
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,     SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, MI   48034)
4393050       ++CORTRUST BANK,    PO BOX 7030,   MITCHELL SD 57301-7030
                (address filed with court: Cortrust Bank,    P.O. Box 5431,    Sioux Falls, South Dakota 57117)
4393051        Cortrust Bank,    P.O. Box 7030,   Mitchell, South Dakota 57301-7030
4411132        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
4393052        +Credit Acceptance Corp.,    P.O. Box 513,    Southfield, Michigan 48037-0513
4393053        +EOS CCA,    700 Longwater Drive,    Norwell, Massachusetts 02061-1624
4393057        +JPMorgan Chase Bank, N.A.,    Bankruptcy Dept.,    3415 Vision Dr.,    Dept. OH4-7142,
                Columbus, Ohio 43219-6009
4445473        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4491894         PENNYMAC HOLDINGS, LLC,    PennyMac Loan Services, LLC,    P.O. Box 660929,
                Dallas, TX 75266-0929
4491893        +PENNYMAC HOLDINGS, LLC,    Joshua I Goldman Esq,    701 Market St Suite 5000,
                Philadelphia, PA 19106-1541
4480383        +PENNYMAC LOAN SERVICES, LLC,    c/o Aldridge Connors, LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4572345        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE #310,    MOORPARK, CA 93021-2602
4393061        +Pocono Emergency Physicians,    206 E BROWN ST,    EAST STROUDSBURG, PA 18301-3006
4393062        +Seventh Avenue,    1112 7th Avenue,    Monroe, Wisconsin 53566-1364
4393063         Stillwater Lakes Civic Assoc,    210 WOODLAND DRIVE,    POCONO SUMMIT, PA 18346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: robert.mclaughlin@kadiehl.com May 09 2017 18:59:15
                Stillwater Lakes Civic Association, Inc.,    c/o K.A. Diehl,    632 Drinker Turnpike,
                Covington Twp, PA  18424
4434929        +E-mail/Text: bncmail@w-legal.com May 09 2017 18:59:08      ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4393047         EDI: CINGMIDLAND.COM May 09 2017 18:53:00      AT& T Mobility,    1801 Valley View Lane,
                Dallas, Texas 75234-8906
4420311        +EDI: JEFFERSONCAP.COM May 09 2017 18:53:00      COLLECTO US ASSET MANAGEMNT, INC.,
                c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
4393048        +EDI: CAPITALONE.COM May 09 2017 18:53:00      Capital One,    P.O. Box 30285,
                Salt Lake City, Utah 84130-0285
4434961         EDI: CAPITALONE.COM May 09 2017 18:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
4393049        +EDI: CHASE.COM May 09 2017 18:53:00      Chase,    P.O. Box 15298,
                Wilmington, Delaware 19850-5298
4393054         EDI: AMINFOFP.COM May 09 2017 18:53:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, South Dakota 57117-5524
4393055        +EDI: HFC.COM May 09 2017 18:53:00      HSBC Mortgage Services,    636 Grand Regency Blvd.,
                Brandon, Florida 33510-3942
4393056         EDI: IRS.COM May 09 2017 18:53:00      Internal Revenue Service,    Special Procedures Branch,
                P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4393059        +E-mail/Text: bankruptcydepartment@tsico.com May 09 2017 18:59:20      NCO FINANCIAL SYSTEMS,
                20 Clementon Road E,    Gibbsboro, NJ 08026-1165
4393058        +E-mail/Text: egssupportservices@egscorp.com May 09 2017 18:59:09      NCO Financial,
                507 Prudential Rd.,    Horsham , PA 19044-2308
4393060         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:59      PA Dept. of Revenue,
                Bankruptcy Division,    Dept. 280946,    Harrisburg, Pennsylvania 17128-0496
4407448         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:59
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
4437931        +E-mail/Text: csidl@sbcglobal.net May 09 2017 18:59:14      Premier Bankcard/Charter,
                PO Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4420314*       +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
4544329*      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,     SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, Michigan 48034)
4436464*      ++LAKE OF THE PINES COMMUNITY ASSOCIATION,    PO BOX 305,    GOULDSBORO PA 18424-0305
                (address filed with court: Stillwater Lakes Civic Association, Inc.,
                c/o K.A. Diehl Appletree Managemnt,    632 Drinker Turnpike,    Covington Township, PA 18424)
                                                                                 TOTALS: 0, * 4, ## 0
```

```
District/off: 0314-5          User: karendavi           Page 2 of 2           Date Rcvd: May 09, 2017
                              Form ID: 318              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:

```
          George Robert Hludzik   on behalf of Creditor    Stillwater Lakes Civic Association, Inc.
           georgeh@slusserlawfirm.com
          Jacqueline F McNally   on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
           Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
           jmcnally@sterneisenberg.com,
           seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com
          Jerome B Blank   on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
          Jill M. Spott   on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
           psheldon@sheilslaw.com
          Joseph P Schalk   on behalf of Creditor    JPMorgan Chase Bank, National Association
           pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
           ITS SERVICING AGENT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Leslie J Rase   on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage Investment
           Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent pabk@logs.com,
           lerase@logs.com
          Leslie J Rase   on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
           lerase@logs.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
          Thomas  Song   on behalf of Creditor    JPMorgan Chase Bank, National Association
           thomas.song@phelanhallinan.com,  tomysong@hotmail.com
          Thomas I Puleo   on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
           ITS SERVICING AGENT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Tullio  DeLuca   on behalf of Plaintiff Yvonne  Hill tullio.deluca@verizon.net
          Tullio  DeLuca   on behalf of Debtor Yvonne  Hill tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor    Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com;tfitz@mortoncraig.com
          William Edward Miller   on behalf of Creditor    PennyMac Holdings, LLC, fka PennyMac Mortgage
           Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Yvonne Hill** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7912 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:13–bk–05368–JJT** | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yvonne Hill

**By the court:**   _[signature]_

May 9, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                     **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2