```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05368-JJT
Yvonne Hill                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: karendavi    Page 1 of 1    Date Rcvd: May 18, 2017
                      Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
db        +Yvonne Hill,   P.O. Box 2285,   Pocono Summit, PA 18346-2285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
           George Robert Hludzik   on behalf of Creditor   Stillwater Lakes Civic Association, Inc. georgeh@slusserlawfirm.com
           Jacqueline F McNally   on behalf of Creditor   PennyMac Holdings, LLC, fka PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent jmcnally@sterneisenberg.com, seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com
           Jerome B Blank   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
           Jill M. Spott   on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com, psheldon@sheilslaw.com
           Joseph P Schalk   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
           Joshua I Goldman   on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
           Leslie J Rase   on behalf of Creditor   PennyMac Loan Services, LLC pabk@logs.com, lerase@logs.com
           Leslie J Rase   on behalf of Creditor   PennyMac Holdings, LLC, fka PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent pabk@logs.com, lerase@logs.com
           Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com, rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
           Thomas Song   on behalf of Creditor   JPMorgan Chase Bank, National Association thomas.song@phelanhallinan.com,  tomysong@hotmail.com
           Thomas I Puleo   on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
           Tullio DeLuca   on behalf of Debtor Yvonne Hill tullio.deluca@verizon.net
           Tullio DeLuca   on behalf of Plaintiff Yvonne Hill tullio.deluca@verizon.net
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
           William E. Craig   on behalf of Creditor   Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com;tfitz@mortoncraig.com
           William Edward Miller   on behalf of Creditor   PennyMac Holdings, LLC, fka PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                  TOTAL: 16

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Yvonne Hill<br>P.O. Box 2285<br>Pocono Summit, PA 18346 | Chapter 7<br>Case No. 5:13−bk−05368−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7912

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Robert P. Sheils, Jr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 18, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk